UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CLAUDIA PACHECO,<br><br>        Defendant. | CASE NO. 13CR3036-JLS<br><br>**JUDGMENT OF DISMISSAL** |

14 SEP 22 PM 4:01

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(iii);18:2

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 18, 2014

Bernard G. Skomal
U.S. Magistrate Judge